**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-6360**

───────────

RAMONE WRIGHT,

       Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

       Defendant - Appellee.

───────────

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:21-cv-00142-JPB-JPM)

───────────

Submitted:  March 10, 2023                          Decided:  March 15, 2023

───────────

Before AGEE and WYNN, Circuit Judges, and MOTZ, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Ramone Wright, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramone Wright appeals the district court's order granting the Government's motion to dismiss or for summary judgment on Wright's complaint brought under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's judgment.  *Wright v. United States*, No. 5:21-cv-00142-JPB-JPM (N.D.W. Va. Mar. 8, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*